# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JESUS ZAMBRANO, | |
| Plaintiff, | |
| v. | Case No. 21-cv-4496 |
| CITY OF JOLIET and PATRICK SCHUMACHER | Honorable Steven Seeger |
| Defendants. | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, CITY OF JOLIET, a municipal corporation (hereafter the "City"), and PATRICK SCHUMACHER ("Defendant Schumacher") by and through their attorneys, TRESSLER, LLP, pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby move this Court to grant summary judgment in Defendants' favor and against Plaintiff. The grounds for this motion are set forth in the accompanying memorandum of law.

Wherefore, Defendants, City of Joliet and Patrick Schumacher respectfully request that this Honorable Court grant summary judgment in their favor, and such further relief the Court deems reasonable and just.

Respectfully submitted,

*/s/ John O'Driscoll*

John O'Driscoll
Darcy Proctor
Andrew O'Donnell
TRESSLER LLP
550 E Boughton Rd #250
Bolingbrook, IL 60440
312-627-4000
jodriscoll@tresslerllp.com
dproctor@tresslerllp.com
dodonnell@tresslerllp.com

Attorney for Defendants

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 9, 2023 he electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Andrew O'Donnell*